■ MARIA DEBRA ENTERPRISES, INC., Appellant, v WILLIAM FALENCKI et al., Doing Business as RIAN HOLDING CO., Respondents. — Judgment, Supreme Court, New York County (Bruce Wright, J.), entered on July 19, 1984, unanimously affirmed, and the time of plaintiff to cure is extended for an additional 30 days from the date of this court's order. Respondents shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur — Kupferman, J. P., Sandler, Asch and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v GARY CRESCIONE, Also Known as MANUEL MATEO, Appellant. — Judgment, Supreme Court, Bronx County (Maurice Grey, J.), rendered on July 22, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Asch and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILTON VALLE, Appellant. — Judgment, Supreme Court, Bronx County (Peggy Bernheim, J.), rendered on February 1, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Asch and Bloom, JJ.